UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:09-CR-202-BO-2
Civil No. 5:11-CV-22-BO

| | |
|---|---|
| MICHAEL KENROY BELL )<br>  Petitioner, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br>  Respondent. ) | ORDER |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the ??day of January , 2011.

Terrence W. Boyle
United States District Judge